# Electronic Submission

Getting Started | Contact Information | Description | Handling | Fees | Additional Information | Review

## Review

| | |
|---|---|
| **Name** | Mr. Curtis L Morrison |
| **Email** | curtis@curtismorrisonlaw.com |
| **Address** | Law Office of Curtis Morrison<br>PO Box 7140<br>Huntington Beach, California 92615 |
| **Telephone** | N/A |
| **Fax** | N/A |
| **Date Range** | 11/01/2019 to 05/27/2020 |
| **Description** | I hereby request the following records: (1) Any internal guidance, orders, memos, emails, or flowcharts regarding how Covid-19 could impact the administration of the 2020 Diversity Visa Lottery, labor contractors who are involved with administering the 2020 Diversity Visa Lottery, or the 2020 Diversity Visa Lottery Winners. (2) Any internal guidance, orders, memos, emails, or flowcharts that deal with the stopping of second notification letters (often called "2NL" letters) to 2020 Diversity Lottery Winners. (3) Any internal guidance, orders, memos, emails, or flowcharts that include a reference to White House advisor "Stephen Miller". (4) Emails, letters, or written correspondence by KCC to any other U.S. government agency or member of U.S. Congress on how KCC's operations for the 2020 Diversity Lottery program are impacted by Covid-19 All the records above could either be held at (1) the Kentucky Consular Center (KCC) in Williamsburg, Kentucky, and include emails sent and received by the KCC Director, KCC's Contracting Officer's Representatives (CORs), and Government Technical Monitors (GTMs) that include the search terms "Covid" and ("DV" or "Diversity") or "coronavirus" and ("DV" or "Diversity"); or (2) the Department of State in D.C., and would include a search of records of the State Department employees in D.C. who deal with the Diversity Visa Program. |
| **Expedited Handling** | With the closures of embassies, Presidential Proclamation 10014, and other factors beyond their control, 2020 Diversity Visa Lottery winners are at higher risk of not being able to procure visas before the September 30 deadline at which time the opportunity for them expires. Many are currently physically located close to embassies, away from their home cities or countries, awaiting the opportunity to interview. Whether they should remain where they are, or risk travel back to their homes far away from the U.S. embassies, impacts their physical safety. They deserve to have information to make these decisions. However, all 2020 DV Lottery Winners are without any information as to what will or not will be done by the State Department to accommodate the continued processing of their visa applications, and some fear the applications will be abandoned with no accommodations. For those reasons, this request warrants expeditious handling so the 2020 Diversity Visa Lottery winners will not be left in the dark all the way up until their September 30 deadline. Upon production of this request, the requester, who works closely with this community, intends to disseminate the information via his blog and social networks, and the blogs and social networks of his colleagues. |
| **Maximum Fee** | I am willing to pay $25 for my request. |
| **Requester Category** | Affiliated with a private corporation and seeking information for use in the company's business. |
| **Fee Waiver** | I request a waiver of all fees for this request.<br>Reason: The requester, an immigration attorney, intends to disseminate the information to the DV Lottery winners who need the information to make choices about their safety and livelihood in uncertain times. This is analogous to how a news media outlet would request the information if a news media outlet existed that communicated with the audience of DV Lottery winners. However, that news media outlet does not exist, and thus, they are being left in the dark, without hope, as to the future of their visas. They deserve to have good information as to make their best decisions. |
| **Additional Comments** | N/A |

If you encounter difficulty using the electronic submission form, you may wish to use the FOIA Request Walkthrough and the Information Access Guide as guidance for writing your request.

The confidentiality of communications sent via the Internet cannot be guaranteed and the electronic submission of your Freedom of Information Act request is purely voluntary. You may alternatively print the contents of your request letter and submit via fax at (202) 485-1669 or via U.S. mail.

† Although you are not required to provide your email address or telephone number, doing so will help facilitate communication and providing an email address will allow us to provide you with an automatic acknowledgement of receipt.